FILED
CLERK U.S. DISTRICT COURT

JUN 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK DWAYNE GREENE, <br><br> Petitioner, <br><br> v. <br><br> KATHLEEN PROSPER, WARDEN, <br><br> Respondent. | No. CV 08-3249 AG (FFM) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Grounds Two, Three, and Five are dismissed without prejudice for failure to exhaust.

DATED: June 15, 2010

ANDREW GUILFORD
United States District Judge