UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK DWAYNE GREENE,<br><br>        Petitioner,<br><br>    v.<br><br>KATHLEEN PROSPER, WARDEN,<br><br>        Respondent. | No. CV 08-3249 AG (FFM)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

At the time petitioner Roderick Dwayne Greene ("Petitioner") commenced these proceedings, he was a state prisoner in the custody of the California Correctional Center in Susanville, California.

On May 23, 2008, this Court issued an order ("Order Requiring Response to Petition") that admonished Petitioner that "Petitioner shall immediately notify the Court and counsel for Respondents of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. *See also* Local Rule 41-6."

On November 16, 2009, this Court issued a Report and Recommendation recommending the District Court to dismiss Grounds Two, Three, and Five without prejudice for failure to exhaust.

///

1 An Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge was filed on June 15, 2010. Petitioner's copy of this order was returned to the Court as undeliverable with a notation indicating that Petitioner has been released.

On June 18, 2010, the Court issued a minute order requiring respondent to file an answer to the remaining claims in Petitioner's petition. Petitioner's copy of this order was also returned to the Court, again as undeliverable with a notation that Petitioner was released from prison on May 12, 2010.

On August 9, 2010, this Court issued an order requiring Petitioner to "show cause why the present matter should not be dismissed without prejudice for want of prosecution." (Order to Show Cause, filed August 9, 2010.) On August 18, 2010, Petitioner's service copy of the Order to Show Cause was returned as undeliverable to the Court.

It has been over seven weeks since the Court's first order was returned as undeliverable. To date, Petitioner has not notified the Court of his new address and, as a result, the Court has no way of communicating with Petitioner. Accordingly, this action is **ORDERED DISMISSED** without prejudice for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: September 7, 2010

                          ANDREW J. GUILFORD
                        United States District Judge

Presented by:

 /S/ FREDERICK F. MUMM
  FREDERICK F. MUMM
United States Magistrate Judge

2